

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2020

December 9, 2019

By ECF
Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MOTION TO PROCEED
*IN FORMA PAUPERIS***

Re: *United States v. Shabhaz Khan*
16 Cr. 840 (LGS)

Dear Judge Schofield:

We represented Shabhaz Khan in the above-captioned case, who was sentenced to 180 months imprisonment by Your Honor on November 5th of this year. After the judgment issued, we filed a Notice of Appeal on Mr. Khan's behalf on November 18th. We write today to request permission for Mr. Khan to proceed *in forma pauperis* on his appeal.

In Mr. Khan's case in the Court of Appeals, numbered 19-3834 we filed an unopposed motion to be relieved as Mr. Khan's counsel and for the appointment of CJA counsel. In support of that motion, Mr. Khan completed a CJA Affidavit, a copy of which is attached to this letter as Exhibit A. In it, Mr. Khan states that he has no assets or income other than the money in his commissary account. Because of this, we respectfully request that the Court allow Mr. Khan to proceed *in forma pauperis* on appeal.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/

Aaron Mysliwiec
Joshua Paulson
*Attorneys for Shabhaz Khan*

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 89.

Dated: January 6, 2020
New York, New York

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

cc: AUSA Rebekah Allen Donaleski (by ECF)
AUSA Jason A. Richman (by ECF)

# Exhibit A

| CJA 23 (Rev. 11/11) | FINANCIAL AFFIDAVIT |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES ☐ DISTRICT COURT ☑ COURT OF APPEALS ☐ OTHER *(Specify below)*
IN THE CASE OF

| United States v. Shahbaz Khan | FOR the Second Circuit AT | LOCATION NUMBER |
|---|---|---|

| PERSON REPRESENTED *(Show your full name)* Shahbaz Khan | | 1 ☐ Defendant - Adult 2 ☐ Defendant - Juvenile 3 ☑ Appellant 4 ☐ Probation Violator 5 ☐ Supervised Release Violator 5 ☐ Habeas Petitioner 7 ☐ 2255 Petitioner 8 ☐ Material Witness 9 ☐ Other *(Specify)* | DOCKET NUMBERS Magistrate Judge ----- District Court 16 Cr. 840 (LGS) ----- Court of Appeals 19-3834 |
|---|---|---|---|
| CHARGE/OFFENSE *(describe if applicable & check box →)* 21 U.S.C. §§ 952, 959 | ☑ Felony ☐ Misdemeanor | | |

**ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY**

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? January 2006
How much did you earn per month? $ I don't know
If married, is your spouse employed? ☐ Yes ☒ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, total amount? $ 14,000 (commis)

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, give value and description for each $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ✓ Single / Married / Widowed / Separated or Divorced
Total No. of Dependents: 0
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| None (incarcerated) | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 11/26/19